**No. 09-654. Ortho Biotech Products, L.P., Petitioner v. United States ex rel. Chinyelu Duxbury.**

561 U.S. 1005, 130 S. Ct. 3454, 177 L. Ed. 2d 1054, 2010 U.S. LEXIS 5091.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 579 F.3d 13.